The People of the State of New York, Respondent,
against
Joshua Walsh, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J.), rendered February 11, 2013, convicting him, upon a plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J.), rendered February 11, 2013, affirmed.
In view of defendant's knowing waiver of his right to prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement (see People v Dumay, 23 NY3d 518 [2014]). So viewed, the accusatory instrument charging petit larceny (see Penal Law § 155.25), was not jurisdictionally defective. Defendant's larcenous intent is reasonably inferred from allegations that he bypassed the cash registers and exited the subject Duane Reade store while holding unpaid merchandise (see People v Olivo, 52 NY2d 309, 318—319 [1981]; People v Brunson, 294 AD2d 104 [2002], lv denied 98 NY2d 695 [2002]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 13, 2017